# UNITED STATES BANKRUPTCY COURT
# SOUTHEN DISTRICT OF CALIFORNIA

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (If Individual, enter Last, First, Middle):<br>**Barratt American Incorporated, a Delaware corporation** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 95-3548395 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>5950 Priestly Drive<br>Carlsbad, CA<br>**Zip Code 92008** | Street Address of Debtor (No. & Street, City, State, & Zip Code):<br><br>**Zip Code** |
| County of Residence or of the Principal Place of Business: San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Zip Code** | Mailing Address of Debtor (if different from street address):<br>**Zip Code** |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (included Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (included LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entitled, check this box and provide the information requested below.) State type of entity: _____

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☒ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ other

**Tax-Exempt Entity** (Check one box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which The Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 15 for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. §101(5ID).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(5ID).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b)

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number Of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001–10,000 | 10,001–25,000 | 25,001–50,000 | 50,001–100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 Million | $10,000,001-$50 million | $50,000,001-$100 Million | $100,000,001-$500 Million | $500,000,001-$1 Billion | More $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 Million | $10,000,001-$50 Million | $50,000,001-$100 Million | $100,000,001-$500 Million | $500,000,001-$1 Billion | More $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Barratt American Incorporated** | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by an Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor:<br>**See Statement of Related Cases** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit "A"**<br>(To be completed if debtor is required to file periodic reports, e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or (15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit "B"**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b)<br><br>X _____    _____<br>Signature of Attorney for Debtor(s)                Date |
|---|---|

| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit "C" is attached and made a part of this petition<br>☒ No. | **Exhibit D**<br>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |
|---|---|

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
Check all applicable boxes

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court for any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certified that he/she has served the Landlord with this certification. (11 U.S.C. §362(1).

Form B1 (Official Form 1) Page 3 - (1/08)

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Barratt American Incorporated** | FORM B1, Page 3 |

**(Signatures)**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative of a Recognized Foreign Proceedings |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. (If no attorney represents me and no bankruptcy petition preparer signs the petition) I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of the title 11, United States Code, specified in this petition.

X _____
(Signature of Debtor)

_____
(Signature of Joint Debtor)

_____
Telephone and Fax Number (If not represented by attorney)
Date: _____

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.
(Check one box)
☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition is attached

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

---

**Signature of Attorney**

X _/s/ Marc J. Winthrop_____
Signature of Attorney for Debtor(s)
Marc J. Winthrop
Printed Name of Attorney for Debtor
Winthrop Couchot Professional Corporation
Firm Name
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

Telephone: 949-720-4100

Date: December 22, 2008    Bar No. 63218

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United Stats Code, specified in this petition.

X_____
Signature of Authorized Individual
J. Michael Armstrong
Printed Name of Authorized Individual
Senior Vice President
Title of Authorized Individual
Date: December _____, 2008

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C, §110.)

_____
Address

_____

X_____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers for all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §156.*

Form B1 (Official Form 1) Page 3 - (1/08)

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> Barratt American Incorporated | **FORM B1, Page 3** |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of the title 11, United States Code, specified in this petition.

X _____
 (Signature of Debtor)

_____
 (Signature of Joint Debtor)

_____
Telephone and Fax Number (If not represented by attorney)
Date: _____

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. (Check one box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition is attached

X _____
 (Signature of Foreign Representative

_____
 (Printed Name of Foreign Representative

_____
 (Date)

### Signature of Attorney

X _____
 Signature of Attorney for Debtor(s)
 Marc J. Winthrop
 Printed Name of Attorney for Debtor
 Winthrop Couchot Professional Corporation
 Firm Name
 660 Newport Center Drive, 4th Floor
 Newport Beach, CA 92660

Telephone: 949-720-4100

Date: December ____, 2008    Bar No. 63218

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Authorized Individual
 J. Michael Armstrong
 Printed Name of Authorized Individual
 Senior Vice President
 Title of Authorized Individual
 Date: December 30, 2008

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. §110.)

Address
_____
_____

X _____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers for all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §156.*

Form B4 (Official Form 4)(10/05)     2005 USBC, Central District of California

|  | United States Bankruptcy Court<br>Central District of California |  |
|---|---|---|
| In re : | **BARRATT AMERICAN INCORPORATED,**<br>a Delaware corporation,<br>Debtor | Case No.<br>Chapter 11 |

# Form 4.
# List Of Creditors Holding 20 Largest Unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed.R.Bankr.P. 1007(d) for filing of this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bank of America/RE Mngd Asts<br>Attn: Margaret Jackson<br>333 S. Hope St., 11th Fl.<br>Los Angeles, CA 90071 | Margaret Jackson<br>SVP<br>margaret.j.jackson@bankofamerica.com<br>(213) 621-4861<br>(877) 207-2297 | Trade |  | $5,000,000 |
| Interior Specialist, Inc.<br>Attn: Ken Treaster<br>1630 Faraday Ave.<br>Carlsbad, CA 92008 | Ken Treaster<br>Treasurer<br>ktreaster@isidc.com<br>(760) 929-6700<br>(760) 929-6701 | Trade |  | $2,667,668 |
| Jack Becker<br>1100 Lake Ridge Dr.<br>San Marcos, CA 92069 | Jack Becker<br>1100 Lake Ridge Dr.<br>San Marcos, CA 92069<br>jackbecker@cox.net<br>(760) 809-7799 |  |  | $1,500,000 |
| Canac Kitchens<br>Attn: Mark Losson<br>210 W. Taft Ave.<br>Orange, CA 92865 | Mark Losson<br>Sr. Credit Manager<br>Mark.Losson@kohler.com<br>(714) 685-1715<br>(714) 685-6881 | Trade |  | $1,301,184 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SelectBuild Construction<br>Attn: Barbara Laskaris<br>340 Rancheros Dr.<br>San Marcos, CA 92069 | Barbara Laskaris<br>A/P Manager<br>barbara.laskaris@selectbuild.com<br>(760) 736-8316<br>(760) 736-8319 | Trade | | $1,265,574 |
| Val Verde School District<br>Attn: Mike Boyd<br>975 W. Morgan St.<br>Perris, CA 92571 | Mike Boyd<br>Asst Supervisor Finance<br>mboyd@valverde.edu<br>(951) 940-6117<br>(951) 940-6197 | Trade | | $837,979 |
| HnR Framing Sys aka SelectBuild<br>Attn: Barbara Laskaris<br>340 Rancheros Dr.<br>San Marcos, CA 92069 | Barbara Laskaris<br>A/P Manager<br>barbara.laskaris@selectbuild.com<br>(760) 736-8316<br>(760) 736-8319 | Trade | | $819,295 |
| Hillcrest Contracting Inc.<br>Attn: Glen Salsbury<br>1467 Circle City<br>Corona, CA 91718 | Glen Salsbury<br>Owner<br>(951) 273-9600<br>(951) 273-9608 | Trade | | $809,614 |
| Capital Drywall Inc.<br>Attn: Jim Gates<br>1341 W. Arrow Hwy<br>San Dimas, CA 91773 | Jim Gates<br>COO<br>jgates@capitaldrywallinc.com<br>(909) 599-6818<br>(909) 599-6729 | Trade | | $776,930 |
| Harris Fence Company<br>Attn: Jerry Havey<br>15188 Vista Del Rio<br>Chino, CA 91710 | Jerry Harvey<br>Owner<br>jerry@future-harris.com<br>(909) 597-4714<br>(909) 597-9152 | Trade | | $744,354 |
| CDR Concrete<br>Attn: Jimmy Mock<br>928 E Vermont St.<br>Anaheim, CA 92805 | Jimmy Mock<br>jimmy@cdrconcrete.com<br>(714) 774-9945<br>(714) 774-0674 | Trade | | $734,802 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Alarcon Sons Inc.<br>Attn: Samuel Alarcon, Jr.<br>5111 Gayhurst Ave.<br>Baldwin Park, CA 91706 | Samuel Alarcon, Jr.<br>Owner<br>alarconson@aol.com<br>(626) 960-6979<br>(626) 962-6768 | Trade | | $700,988 |
| D&S Construction<br>Attn: Dan Schaldach<br>301-3 Enterprise St.<br>Escondido, CA 92029 | Dan Schaldach<br>Owner<br>(858) 485-8326<br>(858) 432-6147 | Trade | | $647,820 |
| Milgard Manufacturing<br>Attn: Jim Ayalde<br>26879 Diaz Road<br>Temecula, CA 92590 | Jim Ayalde<br>jimayalde@milgard.com<br>(951) 296-1400<br>(909) 296-1414 | Trade | | $502,777 |
| ePlastering, Inc.<br>Attn: Darrell Ford<br>732 W. Grove Ave.<br>Orange, CA 92865 | Darrell Ford<br>President<br>fordplas@pacbell.net<br>(714) 921-0624<br>(714) 921-0635 | Trade | | $496,519 |
| Hakes Sash & Door<br>Attn: Alan Hakes<br>41606 Dates St., #205<br>Murrieta, CA 92562 | Alan Hakes<br>Owner<br>ahakes@hakesdoor.com<br>(951) 757-0053<br>(951) 461-3278 | Trade | | $476,458 |
| De Maria LandTech Inc.<br>Attn: John DeMaria<br>P.O. Box 87<br>Solana Beach, CA 92075 | John DeMaria<br>Owner<br>(858) 481-5500<br>(760) 966-1789 | Trade | | $460,155 |
| RCR Companies Inc.<br>Attn: Bob Richey<br>165 Vallecito De Oro<br>San Marcos, CA 92069 | Bob Richey<br>President<br>bob.richey@rcrcompanies.com<br>(951) 371-5000<br>(951) 893-3558 | Trade | | $447,357 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Luce Forward<br>Attn: Robert Buell, Esq.<br>600 W. Broadway, #2600<br>San Diego, CA 92101 | Robert Buell, Esq.<br>rbuell@luceforward.com<br>(619) 699-2539<br>(619) 235-1338 | Legal | | $426,827 |
| Tiles Trends<br>Attn: Michael Villanueva<br>2925 E. Ricker Way<br>Anaheim, CA 92806 | Michael Villanueva<br>(805) 497-7471<br>(805) 498-7460 | Trade | | $421,502 |
| Oak Leaf Landscape<br>Attn: Tom Eccles<br>2885 E. La Cresta<br>Anaheim, CA 92806 | Tom Eccles<br>Vice President<br>teccles@oakleaflandscape.com<br>(714) 630-4634<br>(714) 630-4604 | Trade | | $410,587 |

I, J. Michael Armstrong, Senior Vice President for Barratt American, Incorporated, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: December ___, 2008

J. Michael Armstrong, Senior Vice President
Debtor's Signature and Title

-4-

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **See below.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

| Barratt American Incorporated | Barratt Investments Incorporated |
|---|---|
| Barratt USA Holdings, Inc. | BAMC Mortgage Company |

Each of these cases is being filed concurrently herewith.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Carlsbad  , California

Dated  December 2̶0̶ , 2008

_____
Debtor
By: J. Michael Armstrong, Senior Vice President

**United States Bankruptcy Court**

In re :   **BARRATT AMERICAN INCORPORATED,**                    Case No.
                                                                Chapter   11
                                           Debtor

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, J. Michael Armstrong, the Senior Vice President of Barratt American Incorporated, the Debtor named herein and that on November 13, 2008 the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that J. Michael Armstrong, the Senior Vice President of Barratt American Incorporated, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf of this corporation; and

Be It Further Resolved, that J. Michael Armstrong, the Senior Vice President of Barratt American Incorporated, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and

Be It Further Resolved, that J. Michael Armstrong, the Senior Vice President of Barratt American Incorporated, is authorized and directed to employ the law firm of Winthrop Couchot Professional Corporation to represent the Debtor in such bankruptcy case."

Executed on: December ___, 2008          Signed: _____
                                                  J. Michael Armstrong
                                                  Senior Vice President
                                                  **Name and Title**