Form 210A (12/09)

# United States Bankruptcy Court

## Southern District Of California

In re Barratt American Incorporated           Case No. 08-13249-LA7

```
                FILED ✓
                ENTERED
                LODGED
                RECEIVED

              MAR 14 2011

   CLERK, U.S. BANKRUPTCY COURT
   SOUTHERN DISTRICT OF CALIFORNIA
   BY BC                    DEPUTY
```

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Vogel Escondido, L.P. | Interior Specialists, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Vogel Escondido, L.P.
c/o Stephanie Vandeveer
P.O. Box 13095
Newport Beach, CA 92658
Phone: 949-287-1625
Last Four Digits of Acct #: _____

Court Claim # (if known): 224
Amount of Claim: $2,666,586.14
Date Claim Filed: 09/22/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Stephanie Vandeveer          Date: March 11, 2011
    Transferee/Transferee's Agent
    Stephanie Vandeveer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1 page
JD
13249 tra

**ORIGINAL**

